# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYPTOPEAK SECURITY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRACTOR SUPPLY COMPANY,<br><br>　　　　　　Defendant. | **Civil Action No. 1:17-cv-748-LPS-CJB** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted by the parties in the above-captioned action are hereby dismissed with prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

DATED: February 16, 2018

| DEVLIN LAW FIRM LLC | WALLER LANSDEN DORTCH & DAVIS, LLP |
|---|---|
| /s/ *Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>James A. Lennon (No. 4570)<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE 19806<br>(302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*CryptoPeak Security, LLC* | By: */s/ Eric B. Fugett*<br>Eric B. Fugett (#5609)<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>eric.fugett@wallerlaw.com<br><br>*Attorneys for Defendant*<br>*Tractor Supply Company* |

**SO ORDERED THIS** \_\_\_\_ day of _____, 2018.

                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                  */s/ Timothy Devlin*
                                                  Timothy Devlin